```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| WANDA B. SHAW | * | CIVIL ACTION |
| VERSUS | * | NO: 08-5038 |
| WINN-DIXIE MONTGOMERY, INC. | * | SECTION: "D"(1) |

### ORDER AND REASONS

Considering the **Stipulation (Doc. No. 18)** filed by Plaintiff, Wanda B. Shaw, the record, and the applicable law, the court **GRANTS** Plaintiff's **Motion to Remand (Doc. No. 14)** for lack of subject matter jurisdiction, and **REMANDS** this matter to the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana.

New Orleans, Louisiana, this **21st** day of **September**, **2009**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE